# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Southern Division)
## CRIMINAL DOCKET FOR CASE #: 7:20-cr-00167-M All Defendants

Case title: USA v. Collins et al              Date Filed: 10/15/2020

Assigned to: District Judge Richard E. Myers, II

### Defendant (1)
**Liam Montgomery Collins**

| **Pending Counts** | **Disposition** |
| --- | --- |
| Conspiracy to Manufacture Firearms and Ship Interstate (1) | |
| Interstate Transportation of Firearms Without a License; and Aiding and Abetting (2) | |
| Interstate Transportation of a Firearm Not Registered as Required; and Aiding and Abetting (3) | |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: District Judge Richard E. Myers, II

**Defendant (2)**

**Paul James Kryscuk**

| **Pending Counts** | **Disposition** |
|---|---|
| Conspiracy to Manufacture Firearms and Ship Interstate<br>(1) | |
| Interstate Transportation of Firearms Without a License; and Aiding and Abetting<br>(2) | |
| Interstate Transportation of a Firearm Not Registered as Required; and Aiding and Abetting<br>(3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Barbara D. Kocher**<br>United States Attorney's Office - EDNC<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601<br>919-856-4530<br>Fax: 856-4487<br>Email: barb.kocher@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2020 | 1 | **UNSEALED INDICTMENT** as to Liam Montgomery Collins (1) count(s) 1, 2, 3, Paul James Kryscuk (2) count(s) 1, 2, 3. The foreperson's signature has been redacted pursuant to the E-Government Act. The unredacted version of this document has been filed under seal. (Brewer, C) Modified on 10/22/2020 - Indictment unsealed per order at 11 (Lopez, R.). (Entered: 10/15/2020) |
| 10/15/2020 | 2 | MOTION to Seal 1 Indictment (Sealed), filed by USA as to Liam Montgomery Collins, Paul James Kryscuk. (Brewer, C) (Entered: 10/15/2020) |
| 10/15/2020 | 3 | **ORDER granting 2 Motion to Seal as to Liam Montgomery Collins (1), Paul James Kryscuk (2). Signed by Magistrate Judge Kimberly A. Swank on 10/15/2020.** (Brewer, C) (Entered: 10/15/2020) |
| 10/15/2020 | 4 | Unredacted Document 1 Indictment (Sealed), (Brewer, C) (Entered: 10/15/2020) |
| 10/15/2020 | 5 | Warrant Requested by USA as to Liam Montgomery Collins, Paul James Kryscuk. (Brewer, C) (Entered: 10/15/2020) |
| 10/15/2020 | 6 | Arrest Warrant Issued by Peter A. Moore, Jr., Clerk of Court in case as to Liam Montgomery Collins. Original to US Marshal's Office for service. (Brewer, C) (Entered: 10/15/2020) |
| 10/15/2020 | 7 | Arrest Warrant Issued by Peter A. Moore, Jr., Clerk of Court in case as to Paul James Kryscuk. Original to US Marshal's Office for service. (Brewer, C) (Entered: 10/15/2020) |
| 10/15/2020 | 8 | Penalty Sheet *(Selected Participants Only)* as to Liam Montgomery Collins (Brewer, C) (Entered: 10/15/2020) |
| 10/15/2020 | 9 | Penalty Sheet *(Selected Participants Only)* as to Paul James Kryscuk (Brewer, C) (Entered: 10/15/2020) |
| 10/21/2020 | 10 | MOTION to Unseal Indictment filed by USA as to Liam Montgomery Collins (1) and Paul James Kryscuk (2). (Attachments: # 1 Text of Proposed Order) (Lopez, R.) (Entered: 10/21/2020) |
| 10/21/2020 |  | Motion Referred to US Magistrate Judge Kimberly A. Swank as to Liam Montgomery Collins, Paul James Kryscuk regarding 10 MOTION to Unseal Indictment. Motions referred to Kimberly A. Swank. (Lopez, R.) (Entered: 10/21/2020) |
| 10/22/2020 | 11 | **ORDER Granting 10 Motion to Unseal Indictment as to Liam Montgomery Collins (1) and Paul James Kryscuk (2). Signed by Magistrate Judge Kimberly A. Swank on 10/22/2020.** (Lopez, R.) (Entered: 10/22/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/22/2020 10:51:28 | | | |
| **PACER Login:** | xr0192xr0192:3625439:4299065 | **Client Code:** | |

| Description: | Docket Report | Search Criteria: | 7:20-cr-00167-M |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.20 |